El Pueblo *v.* Rodriguez.

Apelación procedente de la Corte de Distrito de San Juan.

No. 13.—Resuelto en Diciembre 5, 1904.

Apelación—Pliego de Excepciones—Errores Manifiestos.—No habiendo pliego de excepciones, ni apareciendo de los autos que se haya cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la siguiente opinión del Tribunal.

La presente es una causa seguida en la Corte de Distrito de San Juan contra Felícita Rodriguez por el delito de menor cuantia, comprendido en los artículos 426, 429 y 431 del Código Penal.   En 14 de Mayo de 1904 el Fiscal formuló acusación contra dicha Felícita Rodriguez, consignando en ella los hechos del siguiente modo:

"La citada Felícita Rodriguez el día 28 de Abril de 1904, y en esta Ciudad, correspondiente á este Distrito Judicial, sustrajo, con intención criminal, de la casa de J. D. Belknap, varias prendas de mujer de la propiedad de la Señora Belknap, cuyas prendas fueron valoradas en la cantidad de diez dollars diez y seis centavos, y ocupadas en poder de la acusada.   Este hecho es contrario á la ley para tal caso prevista, y á la paz y dignidad del Pueblo de Puerto Rico."

En lo. de Junio de 1904 celebróse el juicio oral y el Tribunal, considerando probados los hechos consignados en la acusación, declaró culpable á la acusada y le condenó á sufrir tres meses de carcel y al pago de las costas.   Contra esta sentencia interpuso la acusada apelación para ante este Tribunal, y en las copias remitidas por el Secretario de la Corte Inferior no consta pliego alguno de excepciones, ni se ha podido encontrar, después de un exámen cuidadoso de las transcripciones de los autos, error alguno en que fundar la revocación de la sentencia dictada por la Corte de Distrito.   La vista ante este Tribunal tuvo lugar en el dia veinte y tres de Noviembre; la representación del apelante no compareció, ni ha expresado por escrito los fundamentos de la apelación que ha establecido; por todas estas consideraciones soy de opinión que la sentencia dictada en esta causa, por la Corte de Distrito de San Juan, debe confirmarse, con las costas del recurso á la apelante.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados, Hernandez, Figueras y MacLeary.